IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Dennis Aguilar
and all those similarly situated,          CLASS REPRESENTATION
                                            COLLECTIVE ACTION REPRESENTATION
     Plaintiffs,
                                            Case No. 21-23259-CIV-MORENO
v.

United JM Corporation, Julio Alvarez individually,
and Luis David Hernandez individually

     Defendant.

---

## NOTICE OF SETTLEMENT

Parties, including all opt-in Plaintiffs, have agreed to a settlement in principle. Parties are currently in the process of discussing additional terms to the agreement and reducing the agreement to writing. Parties request 30 days to submit the agreement for approval.

Dated: November 9, 2021.

                                              Respectfully submitted,

                                              /s/ R. Edward Rosenberg
                                            R. Edward Rosenberg, Esquire
                                            Fla. Bar No.: 88231
                                            Sorondo Rosenberg Legal PA
                                            1825 Ponce de Leon Blvd. #329
                                            Coral Gables, FL 33134
                                            E: rer@sorondorosenberg.com
                                            T: 786.708.7550
                                            F: 786.204.0844

                                            Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will serve copies of this filing to all parties of record.

By: s/ R. Edward Rosenberg